# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

```
------------------------------------------------------ x
                                                       :
In re:                                                 :        Chapter 11
                                                       :
THE COLONIAL BANCGROUP, INC.,                          :        Case No. 09-32303 (DHW)
                                                       :
                                 Debtor.               :
------------------------------------------------------ x
                                                       :
THE COLONIAL BANCGROUP, INC.,                          :
                                                       :
                                 Plaintiff,            :
                                                       :
                v.                                     :        Adv. Proc. No. 09-03087 (DHW)
                                                       :
THE FEDERAL DEPOSIT INSURANCE                          :
CORPORATION, as Receiver                               :
for Colonial Bank,                                     :
                                                       :
                                 Defendant.            :
------------------------------------------------------ x
```

## MOTION OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER, TO DISMISS THE COMPLAINT OR STAY THIS PROCEEDING

Defendant Federal Deposit Insurance Corporation, as receiver for Colonial Bank, Montgomery, Alabama (the "FDIC-Receiver"), respectfully submits this memorandum of law in support of its motion to dismiss the complaint in this adversary proceeding for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6) and Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), or in the alternative, to stay all proceedings in this adversary proceeding until the debtor The Colonial BancGroup, Inc. (the "Debtor") has cured all existing deficits under its capital maintenance commitment or this chapter 11 case has been converted to a chapter 7 liquidation pursuant to section 365(o) of the Bankruptcy Code. In support of the motion, the FDIC-Receiver relies upon

the complaint, the accompanying memorandum of law, and all other proceedings had in this action.

The FDIC-Receiver respectfully requests oral argument with respect to this motion.

Dated: Montgomery, Alabama
January 26 2010

Respectfully submitted,


 /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
michael@fritzandhughes.com
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1
Montgomery, Alabama 36117
(334) 215-4422

- and -

Thomas R. Califano
thomas.califano@dlapiper.com
John J. Clarke, Jr.
john.clarke@dlapiper.com
Jeremy R. Johnson
jeremy.johnson@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4500

Attorneys for the
 Federal Deposit Insurance Corporation
 as Receiver for Colonial Bank