# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

```
-------------------------------------------------- x
                                                   :
In re:                                             :        Chapter 11
                                                   :
THE COLONIAL BANCGROUP, INC.,                      :        Case No. 09-32303 (DHW)
                                                   :
                    Debtor.                        :
-------------------------------------------------- x
                                                   :
THE COLONIAL BANCGROUP, INC.,                      :
                                                   :
                    Plaintiff,                     :
                                                   :
          v.                                       :        Adv. Proc. No. 09-03087 (DHW)
                                                   :
THE FEDERAL DEPOSIT INSURANCE                      :
CORPORATION, as Receiver                           :
for Colonial Bank,                                 :
                                                   :
                    Defendant.                     :
-------------------------------------------------- x
```

## MOTION TO APPROVE STIPULATION AND PROPOSED ORDER

NOW COMES Plaintiff The Colonial BancGroup, Inc., debtor and debtor in possession

herein (the "Debtor" or the "Plaintiff"), by and through its undersigned counsel, and with the

approval and support of Defendant The Federal Deposit Insurance Corporation, in its capacity as

receiver for Colonial Bank (the "FDIC-Receiver" or the "Defendant"), and requests entry of the

attached Stipulation and Order which will (i) confirm the Debtor's previous withdrawal without

prejudice of its Motion for Scheduling Order [Doc. No. 7]; (ii) extend the Debtor's deadline to file

any response to the FDIC-Receiver's motion to dismiss the complaint in this adversary proceeding or

in the alternative stay this adversary proceeding [Doc. No. 16] through and including March 22,

2010; (iii) extend the FDIC-Receiver's deadline to file any reply papers in further support of its

motion to dismiss or for a stay through and including April 1, 2010; and (iv) schedule the hearing

with respect to the FDIC-Receiver's motion to dismiss or for a stay (currently set for March 4, 2010)

for April 8, 2010 at 10:00 a.m.

Dated: February 22, 2010

C. Edward Dobbs, Esq.
edobbs@phrd.com

Rufus T. Dorsey, IV, Esq.
rdorsey@phrd.com

PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
Atlanta, Georgia 30303
Telephone:      (404) 523-5300
Facsimile:      (404) 522-8409

By:  /s/ Rufus T. Dorsey, IV

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

```
------------------------------------------------------ x
                                                       :
In re:                                                 :        Chapter 11
                                                       :
THE COLONIAL BANCGROUP, INC.,                          :        Case No. 09-32303 (DHW)
                                                       :
                      Debtor.                          :
------------------------------------------------------ x
                                                       :
THE COLONIAL BANCGROUP, INC.,                          :
                                                       :
                      Plaintiff,                       :
                                                       :
            v.                                         :        Adv. Proc. No. 09-03087 (DHW)
                                                       :
THE FEDERAL DEPOSIT INSURANCE                          :
CORPORATION, as Receiver                               :
for Colonial Bank,                                     :
                                                       :
                      Defendant.                       :
------------------------------------------------------ x
```

## STIPULATION AND ORDER

Subject to the approval of the Court, plaintiff debtor and debtor in possession The Colonial BancGroup, Inc. (the "Debtor") and defendant Federal Deposit Insurance Corporation, in its capacity as receiver for Colonial Bank (the "FDIC-Receiver"), by their undersigned attorneys, stipulate and agree:

1.     The Debtor confirms its previous withdrawal without prejudice of its Motion for Scheduling Order [Doc. 7].

2.     The deadline to file any response to the FDIC-Receiver's motion to dismiss the complaint in this adversary proceeding or in the alternative stay this adversary proceeding [Doc. 16] is extended through and including March 22, 2010.

3.      The deadline for the FDIC-Receiver to file any reply papers in further support of its motion to dismiss or for a stay is extended through and including April 1, 2010.

4.      The hearing with respect to the motion shall be scheduled for April 8, 2010 at 10:00 a.m.

Dated:  February 22, 2010


  /s/ Rufus T. Dorsey, IV
C. Edward Dobbs
edobbs@phrd.com
Rufus T. Dorsey, IV
rtd@phrd.com
Parker, Hudson, Rainier & Dobbs LLP
1500 Marquis Two Tower
Atlanta, Georgia  30303
(404) 523-5300

Attorneys for the Debtor
  The Colonial BancGroup, Inc.

  /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
michael@fritzandhughes.com
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1
Montgomery, AL 36117
(334) 215-4422

- and -

Thomas R. Califano
John. J. Clarke, Jr.
Jeremy R. Johnson
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:     212-335-4500
Facsimile:      212-335-4501

Attorneys for the
  Federal Deposit Insurance Corporation,
  as Receiver for Colonial Bank


SO ORDERED:


_____
      United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing document upon counsel

to the FDIC-Receiver by electronic mail, addressed as follows:

Michael A. Fritz, Sr., Esq.
michael@fritzandhughes.com

Thomas R. Califano, Esq.
thomas.califano@dlapiper.com

John J. Clarke, Jr. Esq.
john.clarke@dlapiper.com

Jeremy R. Johnson, Esq.
jeremy.johnson@dlapiper.com

This 22nd day of February, 2010.

/s/ *Rufus T. Dorsey, IV*
Rufus T. Dorsey, IV