# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

```
-------------------------------------------------- x
                                                    :
In re:                                              :        Chapter 11
                                                    :
THE COLONIAL BANCGROUP, INC.,                       :        Case No. 09-32303 (DHW)
                                                    :
              Debtor.                               :
-------------------------------------------------- x
                                                    :
THE COLONIAL BANCGROUP, INC.,                       :
                                                    :
              Plaintiff,                            :
                                                    :
       v.                                           :        Adv. Proc. No. 09-03087 (DHW)
                                                    :
THE FEDERAL DEPOSIT INSURANCE                       :
CORPORATION, as Receiver                            :
for Colonial Bank,                                  :
                                                    :
              Defendant.                            :
-------------------------------------------------- x
```

## STIPULATION AND ORDER

Subject to the approval of the Court, plaintiff debtor and debtor in possession The Colonial BancGroup, Inc. (the "Debtor") and defendant Federal Deposit Insurance Corporation, in its capacity as receiver for Colonial Bank (the "FDIC-Receiver"), by their undersigned attorneys, stipulate and agree:

1.      The Debtor confirms its previous withdrawal without prejudice of its Motion for Scheduling Order [Doc. 7].

2.      The deadline to file any response to the FDIC-Receiver's motion to dismiss the complaint in this adversary proceeding or in the alternative stay this adversary proceeding [Doc. 16] is extended through and including March 22, 2010.

3.	The deadline for the FDIC-Receiver to file any reply papers in further support of its motion to dismiss or for a stay is extended through and including April 1, 2010.

4.	The hearing with respect to the motion shall be scheduled for Thursday, April 8, 2010 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom #4-C, United States Courthouse Annex, One Church Street, Montgomery, Alabama.

Dated:  February 22, 2010


  /s/ Rufus T. Dorsey, IV
C. Edward Dobbs
edobbs@phrd.com
Rufus T. Dorsey, IV
rtd@phrd.com
Parker, Hudson, Rainier & Dobbs LLP
1500 Marquis Two Tower
Atlanta, Georgia  30303
(404) 523-5300

Attorneys for the Debtor
  The Colonial BancGroup, Inc.

  /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
michael@fritzandhughes.com
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1
Montgomery, AL 36117
(334) 215-4422

- and -

Thomas R. Califano
John. J. Clarke, Jr.
Jeremy R. Johnson
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:	212-335-4500
Facsimile:	212-335-4501

Attorneys for the
  Federal Deposit Insurance Corporation,
  as Receiver for Colonial Bank


SO ORDERED this 23rd day of February, 2010.


/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge