UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  
The Colonial BancGroup, Inc. v. Federal Deposit Insurance Corporation, in its capa

Case No. 09−03087  
BK Case No. 09−32303

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on April 15, 2010 at 10:00 AM

to consider and act upon the following:

*31* − Motion To Stay Pending Withdrawal of the Reference. Filed by John J. Clarke Jr., Michael A. Fritz Sr. on behalf of Federal Deposit Insurance Corporation, in its capacity as receiver for Colonial Bank, Montgomery, Alabama. (Fritz, Michael)

Dated: April 12, 2010

Juan−Carlos Guerrero  
Clerk, U.S. Bankruptcy Court