IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:** | **Case No. 09-32303-DHW** |
| **The Colonial BancGroup, Inc.,** | **Chapter 11** |
| **Debtor**. | |

| | |
|---|---|
| **The Colonial BancGroup, Inc.,** | |
| **Plaintiff,** | |
| v. | **Adv. Proc. No. 09-03087-DHW** |
| **Federal Deposit Insurance Corporation, in its capacity as receiver for Colonial Bank, Montgomery, Alabama,** | |
| **Defendant.** | |

| | |
|---|---|
| **The Colonial BancGroup, Inc.** | |
| **Plaintiff,** | |
| v. | **Adv. Proc. No. 10-03018-DHW** |
| **Federal Deposit Insurance Corporation, in its capacity as receiver for Colonial Bank, Montgomery, Alabama,** | |
| **Defendant.** | |

### TRANSMITTAL OF RECORD

I, Dianne M. Segrest, Deputy Clerk of the United States Bankruptcy Court for the Middle District of Alabama, do hereby certify that the documents herein comprise the record on motion(s) for withdrawal of reference on the above referenced cases.

Done, this the 11th day of May, 2010.

        J.C. Guerrero, Clerk
        United States Bankruptcy Court


        /s/ Dianne M. Segrest
        Deputy Clerk
        334-954-3856